IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02066-BNB-KMT

CATTLCO, LLC, a Delaware corporation, d/b/a CATTLCO Fort Morgan,

    Plaintiff,

v.

UNITED AG EXPORT CORP., a Montana corporation d/b/a UAE Corp.,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Joint Motion to Vacate and Reset Settlement Conference" (#16, filed March 27, 2008) is GRANTED. Counsel are directed to place a conference call to chambers at (303) 335-2780 no later than April 9, 2008 to obtain a new date.

Dated: March 31, 2008