IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02066-BNB-KLM

CATTLCO, LLC, a Delaware corporation, d/b/a CATTLCO Fort Morgan,

Plaintiff,

v.

UNITED AG EXPORT CORP., a Montana corporation d/b/a UAE Corp.,

Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

Pursuant to Rule 41(a), Fed. R. Civ. P., and upon the Stipulation of Dismissal With Prejudice [Doc. # 27, filed 9/8/2008] filed by the parties and which requests "an order of dismissal with prejudice," id. at p.1:

IT IS ORDERED that this action IS dismissed with prejudice, each party to pay its own costs, expenses, and attorney's fees.

DATED September 8, 2008.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge